NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LIESCHEN L. ROWE,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2012-3186

---

Petition for review of the Merit Systems Protection Board in case no. CH0752100744-B-1.

---

**ON MOTION**

---

**ORDER**

Lieschen L. Rowe submits a Uniformed Services Employment and Reemployments Rights Act of 1994 (USERRA) Notification Form, requesting a waiver of the payment of fees for his appeal. Based upon our review, it does not appear that the underlying case included a USERRA claim.

Accordingly,

IT IS ORDERED THAT:

Within 14 days of the date of filing of this order, Rowe must either pay the docketing fee for this appeal or submit a motion for leave to proceed in forma pauperis for this court to consider.

FOR THE COURT

SEP 1 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jane W. Vanneman, Esq.
John A. Tacker, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SEP 1 0 2012

JAN HORBALY
CLERK